**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.  **CASE NO. 1:08CR8-SPM/AK**

**SHELTON WARREN MORRIS, JR.,**

    **Defendant.**

_____/

## ORDER

This cause came before the Court on this date for a hearing on Defendant's motion for bond following his entry of a guilty plea to Count 1 of the Indictment. Doc. 41. Having heard the argument of counsel and considered the matter, the Court finds that based on Defendant's lengthy criminal history, his admission that he aided and abetted in an armed bank robbery, and the lengthy prison sentence he now faces, he is a danger to the community and a flight risk, and there is no condition or combination of conditions which will assure the safety of the community or Defendant's appearance for sentencing. The motion for bond is therefore **DENIED**.

    **DONE AND ORDERED** this   *18th*   day of July, 2008.

                                            *s/ A. KORNBLUM*
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**