# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No.: 1:08-CR-008-SPM/AK

SHELTON WARREN MORRIS, JR.,

    Defendant.

_____/

## ORDER

PURSUANT TO the Report and Recommendation (doc. 50) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the defendant, **SHELTON WARREN MORRIS, JR.**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

Additionally, Defendant's Motion to Withdraw his Motion to Continue Trial (doc. 52) is hereby **granted**. The motion to Continue Trial (doc. 42) is hereby **withdrawn**. Lastly, the Government's Motion to Dismiss Count Two (doc. 45) is also **granted**.

DONE AND ORDERED this thirtieth day of July, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge