**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 1:08cr8-SPM/AK

SHELTON MORRIS, JR.

      Defendant.
_____/

**ORDER CONTINUING SENTENCING HEARING**

Upon consideration, the Motion to Continue Sentencing (doc. 70) is *granted*. The sentencing hearing is reset for 1:30 p.m. on **Monday, December 8, 2008**, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this second day of October, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge